# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR413-203 |
| ) | |
| KENDALL A. STEVENS, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On April 15, 2015, defendant Kendall Stevens filed a motion to suppress his post-arrest statements on the ground that they were involuntary or obtained in violation 18 U.S.C. § 3501. Doc. 220. Defendant has since entered an unconditional plea of guilty to Count One of the indictment, doc. 236 (change of plea entered May 11, 2015), thus waiving all nonjurisdictional claims predating his plea. *Tollett v. Henderson*, 411 U.S. 258, 267 (1973); *United States v. Pierre*, 120 F.3d 1153, 1155 (11th Cir. 1997). As defendant's unconditional guilty plea precludes any further challenge to the admissibility of his confession, his motion to suppress (doc. 220) should be **DENIED** as moot.

**SO REPORTED AND RECOMMENDED** this 19th day of May, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA