IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )        CASE NO. CR413-203
                            )
KENDALL ALPHONZO STEVENS,   )
                            )
        Defendant.          )
                            )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 242), which recommended the dismissal of Defendant Kendall Alphonzo Stevens's Motion to Suppress (Doc. 220) due to his entry of a negotiated guilty plea (Doc. 236). After a careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant's Motion to Suppress (Doc. 220) is **DISMISSED AS MOOT**.

SO ORDERED this 27ᵗʰ day of May 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 27 2015
CLERK
SO. DIST. OF GA